**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| MAXWELL ROULEAU<br><br>*Plaintiff,*<br><br>v.<br><br>MAINE SCHOOL SOLUTIONS, LLC and BECKET ACADEMY, INC.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00566-LEW |

**DECLARATION OF TAYLOR WILLIAMS**

I, TAYLOR WILLIAMS, being over the age of eighteen (18) and competent in all respects to testify, hereby declare and affirm that the following is true and correct:

1. The facts set forth in this Declaration are based on my personal knowledge.

2. I have worked at Central Maine Learning Center for 13 years. For the past 13 years, I have served as Behavioral Health Professional ("BHP") Supervisor and as Assistant Program Director. In my role, I (together with other BHP Supervisors) supervise all of the BHPs, oversee operations, and ensures client care meets ethical and regulatory standards.

3. I supervised Plaintiff, Maxwell Rouleau, during his employment from September 2023 until his termination in November 2024.

4. I have reviewed the email that Mr. Rouleau attached to his submission in the Maine Human Rights Commission, which he apparently sent to Maine Department of Education ("MDOE") employee Sarah Ferguson on October 26, 2024, attached as **Exhibit B to the Declaration of Brannen McGraw** (filed concurrently).

5. In that e-mail, Mr. Rouleau states, "Taylor Williams stated 'Sometimes you need to break them, you know what I mean?' on approximately 10/7/2024 while I was holding the door of the quiet room with this student during a seclusion."

6. I could not find any incident report involving Mr. Rouleau and myself on October 7, 2024. While I did find an incident later that week in which Mr. Rouleau initiated a restraint and a seclusion in the quiet room after Mr. Rouleau's determination that there was imminent risk of serious harm, and he made notes from that incident, nothing in that report mentions this statement and he did not raise this concern to me, or anyone else to my knowledge at MSS.

7. Mr. Rouleau's quote that he claims I said on October 7 is totally unfounded. At no time have I ever told anyone (including Mr. Rouleau) that "you need to break" students. This is false and very offensive to me.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/17/2026_____

/s/ Taylor Williams

Taylor Williams
Assist. Program Director